**HAMPTON v. STATE.**

No. 18530.

Court of Criminal Appeals of Texas.
June 10, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

420

MORROW, Presiding Judge.

Theft of cattle is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and properly presented.' The record is before us without statement of facts or bills of exception. Nothing has been presented justifying reversal or requiring discussion.

The judgment is affirmed.